QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant Shred-it USA Inc. n/k/a Shred-it USA LLC

PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

Attorneys for Plaintiff Michael Kirchner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Kirchner, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Shred-It USA Inc., a Delaware Corporation, First Advantage LNS Screening Solutions, Inc., and Does 1 through 10,<br><br>Defendants. | **Case No. 14-cv-01437-WBS-EFB**<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANT SHRED-IT USA INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**STIPULATION EXTENDING THE TIME FOR DEFENDANT SHRED-IT USA INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

1

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO, by and between the undersigned counsel, as follows:

1. The time for defendant Shred-it USA Inc. n/k/a Shred-it USA LLC to answer, move or otherwise respond to Plaintiff's complaint is hereby extended to and including October 7, 2014.

2. The parties request this extension because they have agreed to a non-binding mediation in the hope of resolving the case which, after limited consensual discovery, is expected to take place in September 2014.

3. The parties to this stipulation have not previously requested that the Court extend Shred-It USA Inc.'s response time.

4. This enlargement of time will not alter any deadline already fixed by Court order.

Dated: July 25, 2014    QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY: /s/ SHON MORGAN
　　 SHON MORGAN
　　 Attorneys for Defendant

Dated: July 25, 2014    THE DION-KINDEM LAW FIRM

BY: s/ PETER R. DION-KINDEM
　　 PETER R. DION-KINDEM, P.C.
　　 PETER R. DION-KINDEM
　　 Attorney for Plaintiff Michael Kirchner

**STIPULATION EXTENDING THE TIME FOR DEFENDANT SHRED-IT USA INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**