QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant Shred-it USA Inc. n/k/a Shred-it USA LLC

PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:   (818) 883-4900
Fax:          (818) 883-4902
Email:        peter@dion-kindemlaw.com

Attorneys for Plaintiff Michael Kirchner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Kirchner, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Shred-It USA Inc., a Delaware Corporation, First Advantage LNS Screening Solutions, Inc., and Does 1 through 10,<br><br>    Defendants. | **Case No. 14-cv-01437-WBS-EFB**<br><br>**ORDER ON STIPULATION EXTENDING THE TIME FOR DEFENDANT SHRED-IT USA INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**ORDER ON STIPULATION EXTENDING THE TIME FOR DEFENDANT SHRED-IT USA INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

1

1
2
3
4
5

Based on the Stipulation of Plaintiff Michael Kirchner and Defendant Shred-it USA Inc. n/k/a Shred-it USA LLC, it is hereby ordered that the time for Defendant Shred-it USA Inc. n/k/a Shred-it USA LLC to answer, move or otherwise respond to Plaintiff's complaint is extended to October 7, 2014.

6  Dated: July 25, 2014

7
8  _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER ON STIPULATION EXTENDING THE TIME FOR DEFENDANT SHRED-IT USA INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

2