PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:   (818) 883-4900
Fax:              (818) 883-4902
Email:          peter@dion-kindemlaw.com

Attorney for Plaintiff Michael Kirchner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Kirchner, an individual, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>         vs.<br><br>Shred-It USA Inc., a Delaware Corporation, First Advantage LNS Screening Solutions, Inc., and Does 1 through 10,<br><br>         Defendants. | **Case No. 2:14-CV-01437-WBS-EFB**<br>**CLASS ACTION**<br><br>**Order on Stipulation re Filing of First Amended Complaint** |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that Plaintiff may file a First Amended Complaint in this action on or before September 15, 2014.

Dated:  September 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Order on Stipulation re Filing of First Amended Complaint**

1