SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

SEYFARTH SHAW LLP
Frederick T. Smith (Admitted *Pro Hac Vice*)
fsmith@seyfarth.com
Esther Slater McDonald (Admitted *Pro Hac Vice*)
emcdonald@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3962
Telephone:     (404) 885-1500
Facsimile:      (404) 892-7056

Attorneys for Defendant
FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC.

THE DION-KINDEM LAW FIRM
Peter R. Dion-Kindem (SBN 95267)
peter@dion-kindemlaw.com
21550 Oxnard Street, Suite 900
Woodland Hills, California  91367
Telephone:     (818) 883-4900
Facsimile:      (818) 883-4902

Attorneys for Plaintiff
MICHAEL KIRCHNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRCHNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHRED-IT USA INC., a Delaware Corporation, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., and Does 1 through 10,<br><br>Defendants. | Case No. 2:14-cv-01437-WBS-EFB<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT FIRST ADVANTAGE'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT

17921939v.1

Plaintiff MICHAEL KIRCHNER, individually, and on behalf of all others similarly situated (collectively, "Plaintiff") and Defendant FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC. ("Defendant"), by and through their undersigned counsel and pursuant to Local Rule 143, hereby stipulate as follows:

1. Defendant's current deadline to file a responsive pleading to Plaintiff's First Amended Complaint is September 22, 2014;

2. The parties agreed to extend Defendant's time to file a responsive pleading to Plaintiff's First Amended Complaint by two weeks.

3. Defendant's new deadline to file a responsive pleading to Plaintiff's First Amended Complaint is October 6, 2014.

DATE: September 10, 2014

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Mark P. Grajski
    Mark P. Grajski
    Frederick T. Smith, *pro hac vice*
    Esther S. McDonald, *pro hac vice*

Attorneys for Defendant
FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC.

DATE: September 10, 2014

THE DION-KINDEM LAW FIRM

By: /s/ Peter R. Dion-Kindem
    Peter R. Dion-Kindem

Attorneys for Plaintiff
MICHAEL KIRCHNER

**ORDER**

**IT IS SO ORDERED.**
Dated: September 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE