SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
FIRST ADVANTAGE LNS
SCREENING SOLUTIONS, INC.

THE DION-KINDEM LAW FIRM
Peter R. Dion-Kindem, P.C.
Peter R. Dion-Kindem (SBN 95267)
peter@dion-kindemlaw.com
21550 Oxnard Street, Suite 900
Woodland Hills, California  91367
Telephone:  (213) 559-8255
Facsimile:  (213) 402-3949

THE BLANCHARD LAW GROUP, APC
Lonnie C. Blanchard, III (SBN 93530)
lonnieblanchard@gmail.com
3311 East Pico Boulevard
Los Angeles, California  90023
Telephone:  (213) 599-8255
Facsimile:  (213) 402-3949

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Shon Morgan (SBN 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Plaintiff
MICHAEL KIRCHNER

Attorneys for Defendant
SHRED-IT USA INC. n/k/a SHRED-IT USA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRCHNER, an individual, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SHRED-IT USA INC., a Delaware Coporation, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., and DOES 1 through 10, ,<br><br>Defendants. | Case No. 2:14-cv-01437-WBS-EFB<br><br>**STIPULATION OF ALL PARTIES TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND STAY DISCOVERY PENDING RULING ON DEFENDANTS' RESPECTIVE MOTIONS TO DISMISS; [~~PROPOSED~~] ORDER** |

Plaintiff MICHAEL KIRCHNER and Defendants FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC. ("First Advantage"), and SHRED-IT USA INC. ("Shred-It") (collectively, "Defendants"), by their counsel and pursuant to Eastern District Local Rule 144(a), stipulate and agree as follows:

1. First Advantage and Shred-It, if it so chooses, will file their Motions to Dismiss Plaintiff's First Amended Class Action Complaint on or before October 6, 2014, noticed for hearing on November 17, 2014.

2. The parties will hold a Rule 26(f) conference on Tuesday, September 23, 2014.

3. The parties may serve discovery following the Rule 26(f) conference; however, responses and/or objections shall not be due until thirty (30) days following the Court's ruling(s) on the Motion(s) to Dismiss Plaintiff's First Amended Class Action Complaint.

4. The Status (Pretrial Scheduling) Conference will be continued to the date twenty-one (21) days after the Court's ruling(s) on the Motion(s) to Dismiss Plaintiff's First Amended Class Action Complaint. Pursuant to Local Rule 240, the parties will submit to the Court a <u>JOINT</u> Status Report fourteen (14) days prior to the hearing date for the Status (Pretrial Scheduling) Conference.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 23, 2014                Respectfully submitted,

                                         SEYFARTH SHAW LLP

                                         By:  */s/ Mark P. Grajski*
                                              Mark P. Grajski

                                         Attorneys for Defendant
                                         FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC.

DATED:  September 23, 2014               THE DION-KINDEM LAW FIRM

                                         By:  */s/ Peter R. Dion-Kindem*
                                              Peter R. Dion-Kindem

                                         Attorneys for Plaintiff
                                         MICHAEL KIRCHNER

1

STIPULATION OF ALL PARTIES TO CONTINUE SCHEDULING CONFERENCE/STAY DISCOVERY PENDING RULING ON DEFENDANTS' RESPECTIVE MOTIONS TO DISMISS

DATED: September 23, 2014

QUINN EMANUEL URQUHART
    & SULLIVAN LLC

By: */s/ Shon Morgan*
Shon Morgan

Attorneys for Defendant
SHRED-IT USA INC. n/k/a SHRED-IT USA LLC

**ORDER**

**IT IS SO ORDERED.**  The Status (Pretrial Scheduling) Conference is continued to **January 5, 2015 at 2:00 p.m.**  A Joint Status Report shall be filed no later than December 22, 2014.

Dated: September 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION OF ALL PARTIES TO CONTINUE SCHEDULING CONFERENCE/STAY DISCOVERY PENDING RULING ON DEFENDANTS' RESPECTIVE MOTIONS TO DISMISS

18077623v.3