PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:     (818) 883-4900
Fax:              (818) 883-4902
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:     (213) 599-8255
Fax:              (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Michael Kirchner

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Shon Morgan (SBN 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendant
SHRED-IT USA INC. n/k/a
SHRED-IT USA LLC

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP
Phil Campisi
pcampisi@westermanllp.com
1201 RXR Plaza
Uniondale, New York  11556
Telephone:  (516) 622-9200
Facsimile:  (516) 622-9212

Attorneys for Defendant
SHRED-IT USA INC. n/k/a
SHRED-IT USA LLC

**STIPULATION TO EXTEND TIME FOR DEFENDANT SHRED-IT LLC TO RESPOND TO FIRST AMENDED COMPLAINT**

1

2

UNITED STATES DISTRICT COURT

3

EASTERN DISTRICT OF CALIFORNIA

4

5

6   MICHAEL KIRCHNER, an individual, on
behavior of himself and all others similarly

7   situated,

8
            Plaintiff,

9

10       vs.

11  SHRED-IT USA INC., a Delaware
Corporation, FIRST ADVANTAGE LNS

12  SCREENING SOLUTIONS, INC., and

13  Does 1 through 10,

14          Defendants.

**Case No. 2:14-cv-01437-WBS-EFB**

**JOINT STIPULATION TO EXTEND
DEFENDANT SHRED-IT USA
INC.'S TIME TO FILE A
RESPONSIVE PLEADING TO
PLAINTIFF'S FIRST AMENDED
COMPLAINT**

15

16       Plaintiff Michael Kirchner, individually, and on behalf of all others similarly

17  situated (collectively, "Plaintiff") and Defendant Shred-it USA INC. (n/k/a Shred-it LLC)

18  ("Shred-it"), by and through their undersigned counsel and pursuant to Local Rule 143,

19  hereby stipulate as follows:

20  1.   The time for defendant Shred-it LLC n/k/a Shred-it USA LLC to answer, move or

21       otherwise respond to plaintiff's amended complaint is hereby extended to and

22       including October 8, 2014.

23  2.   This Stipulation may be signed in counterparts and facsimile and email signatures

24       shall be deemed valid and binding.

25

26

27

28

**STIPULATION TO EXTEND TIME FOR DEFENDANT SHRED-IT LLC TO RESPOND TO
FIRST AMENDED COMPLAINT**

3.      Counsel for any party may file this stipulation without further notice.

Dated: October 3, 2014            THE DION-KINDEM LAW FIRM


BY*:*   */s PETER R. DION-KINDEM*
               PETER R. DION-KINDEM, P.C.
               PETER R. DION-KINDEM
               *Attorney for Plaintiff Michael Kirchner*


Dated: October 3, 2014            QUINN EMANUEL URQUHART
                                          & SULLIVAN, LLP


By:   */s Shon Morgan*
         Shon Morgan
         865 South Figueroa Street, 10th Floor
         Los Angeles, California  90017-2543
         Telephone:  (213) 443-3000
         Email: shonmorgan@quinnemanuel.com
         *Attorneys for Defendant Shred-It USA, Inc.*


Dated: October 3, 2014            WESTERMAN BALL EDERER MILLER
                                          ZUCKER & SHARFSTEIN, LLP


By:   */s Philip J. Campisi, Jr.*
         Philip J. Campisi, Jr.
         1201 RXR Plaza
         Uniondale, New York  11556
         Telephone: (516) 622-9200
         Email: pcampisi@westermanllp.com
         *Attorneys for Defendant Shred-It USA, Inc.*


## SO ORDERED.

Dated:  October 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


**STIPULATION TO EXTEND TIME FOR DEFENDANT SHRED-IT LLC TO RESPOND TO FIRST AMENDED COMPLAINT**

17414254v.1