UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRCHNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHRED-IT USA INC., a Delaware Corporation, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., and Does 1 through 10,<br><br>Defendants. | **Case No. 2:14-cv-01437-WBS-EFB**<br><br>**Order on Joint Stipulation To Stay Defendant Shred-it USA Inc.'s Motion To Dismiss** |

   The Court, having reviewed the Stipulation between Plaintiff and Defendant Shred-it USA, Inc. dated November 19, 2014, seeking a Stay of Defendant Shred-it USA Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (the "Motion").

   NOW, THEREFORE, the parties are hereby notified that the court will withhold ruling on the pending motions to dismiss until November 25, 2014.

IT IS SO ORDERED

Dated:  November 20, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE