SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:   (916) 558-4839

SEYFARTH SHAW LLP
Frederick T. Smith (Admitted Pro Hac Vice)
fsmith@seyfarth.com
Esther Slater McDonald (Admitted Pro Hac Vice)
emcdonald@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia  30309-3962
Telephone:   (404) 885-1500
Facsimile:   (404) 892-7056

Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND
SERVICES CORPORATION (incorrectly named
and sued as First Advantage LNS Screening
Solutions, Inc.)

THE DION-KINDEM LAW FIRM
Peter R. Dion-Kindem, P.C.
Peter R. Dion-Kindem (SBN 95267)
peter@dion-kindemlaw.com
21550 Oxnard Street, Suite 900
Woodland Hills, California  91367
Telephone: (818) 883-4900
Facsimile: (818) 883-4902

THE BLANCHARD LAW GROUP, APC
Lonnie C. Blanchard, III (SBN 93530)
lonnieblanchard@gmail.com
3311 East Pico Boulevard
Los Angeles, California  90023
Telephone: (213) 599-8255
Facsimile: (213) 402-3949

Attorneys for Plaintiff
MICHAEL KIRCHNER

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRCHNER, an individual, on behalf of himself and all others similarly situated,,<br><br>         Plaintiff,<br><br>    v.<br><br>SHRED-IT USA INC., a Delaware Corporation, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., and DOES 1 through 10, ,<br><br>         Defendants. | Case No. 2:14-cv-01437-WBS-EFB<br><br>**ORDER RE: JOINT STIPULATION RE: CORRECTION OF NAME OF PROPER DEFENDANT** |

**ORDER**

Having reviewed the Parties' Joint Stipulation Re: Correction of Name of Proper Defendant that, in all pleadings, motions, and other documents in this action, Defendant First Advantage Background Services Corp. shall be used as the correct name of the First Advantage defendant, and good cause appearing,

**IT IS SO ORDERED.**

Dated: March 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE