PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone:     (818) 883-4900
Fax:                (818) 883-4902
Email:            peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone:     (213) 599-8255
Fax:                (213) 402-3949
Email:            lonnieblanchard@gmail.com

Attorneys for Plaintiff Michael Kirchner

Philip J. Campisi, Jr.
**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
Facsimile: (516) 622-9212
pcampisi@westermanllp.com

Attorneys for Defendant SHRED-IT USA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Michael Kirchner, an individual, on behalf of himself and all others similarly situated, | **Case No. 2:14-cv-01437-WBS-EFB** |
|---|---|
| Plaintiff, | **Joint Stipulation to Reset Certain Dates Related to the Class Action Settlement** |
| vs. | |
| Shred-It USA Inc., a Delaware Corporation, First Advantage LNS Screening Solutions, Inc., and Does 1 through 10, | |
| Defendants. | |

Plaintiff MICHAEL KIRCHNER and Defendant SHRED-IT USA INC. n/k/a SHRED-IT USA LLC (collectively, the "Parties"), by their counsel, stipulate and agree as follows:

WHEREAS, on March 18, 2015, the Parties submitted a Stipulation and Proposed Order for Preliminary Approval of Class Action Settlement.

WHEREAS, on March 31, 2015, the Court issued a Memorandum and Order signed by Senior Judge William B. Shubb Granting the Parties' Motion for Preliminary Settlement Approval (the "Order"). Among other things, the Order set forth a schedule of deadlines for the Parties to effectuate the settlement.

WHEREAS, despite the Parties' best efforts and as previously reported to the Court by counsel, there were unexpected delays in obtaining information necessary to mail the Settlement Notice Form to all members of the Settlement Class, including obtaining last known addresses for a portion of the proposed class, as directed by the Court.

WHEREAS, at the time of the Court's Order, the Parties' understood that the proposed class contained approximately 3,328 members. Upon further investigation, the proposed class contains approximately 3,318 members. The reduction in the number of members of the proposed class will increase the approximate recovery for each member from $45.55 to $45.69.

NOW THEREFORE, the Parties stipulate and agree that all dates identified in Paragraphs 6 through 13 of the Order are modified so that they will be calculated by reference to the date that this Joint Stipulation is "So Ordered".

FURTHER, a final Fairness Hearing shall be held before this court on October 19, 2015, at 2:00 p.m. in Courtroom 5.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

THE DION-KINDEM LAW FIRM

DATED: June 3, 2015            BY:   /s Peter R. Dion-Kindem
                                     PETER R. DION-KINDEM, P. C.
                                     PETER R. DION-KINDEM
                                     Attorneys for Representative Plaintiff
                                     Michael Kirchner


                               WESTERMAN BALL EDERER MILLER
                               ZUCKER & SHARFSTEIN, LLP

DATED: June 3, 2015            BY:   /s Philip J. Campisi
                                     PHILIP J. CAMPISI
                                     Attorneys for Defendant
                                     Shred-it USA, Inc.


**ORDER**

**IT IS SO ORDERED.**

Dated:  June 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Joint Stipulation to Reset Certain Dates Related to the Class Action Settlement**

3