SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
400 Capital Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

SEYFARTH SHAW LLP
Frederick T. Smith, PHV
fsmith@seyfarth.com
Esther S. McDonald, PHV
emcdonald@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone:    (404) 885-1500
Facsimile:    (404) 892-7056

Attorneys for Defendant
FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KIRCHNER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHRED-IT USA INC., a Delaware corporation, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., and Does 1 through 10,<br><br>Defendant. | Case No. 2:14-cv-01437-WBS-EFB<br><br>**STIPULATION TO STAY CASE PENDING SUPREME COURT DECISION IN *SPOKEO, INC. V. ROBINS*; ORDER STAYING CASE** |

### [~~Proposed~~] ORDER

Pursuant to the parties' stipulation and motion, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. As to Plaintiff's claim against First Advantage Background LNS Screening Solutions, Inc., this action is stayed in its entirety, until further order by the Court, to be entered after the Supreme Court's decision in *Spokeo, Inc. v. Robins*, No. 13-1339;

2. As to Plaintiff's claim against First Advantage, all motion and discovery cut-off dates are vacated, until further order by the Court, to be entered after the earlier of notice by the parties that they have resolved the case, or the Supreme Court's decision in *Spokeo, Inc. v. Robins*, No. 13-1339;

3. As to Plaintiff's claim against First Advantage, the trial date is vacated, until further order by the Court, to be entered after the earlier of notice by the parties that they have resolved the case, or the Supreme Court's decision in *Spokeo, Inc. v. Robins*, No. 13-1339; and

4. Plaintiff and First Advantage are to notify the Court once they have resolved the case or the Supreme Court has entered a decision in *Spokeo, Inc. v. Robins*, No. 13-1339.

**IT IS SO ORDERED.**

**Dated: June 17, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE