UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL KIRCHNER, an
individual, on behalf of
himself and all others
similarly situated,

        Plaintiff,

   v.

SHRED-IT LLC, a Delaware
Limited Liability Company,
FIRST ADVANTAGE LNS SCREENING
SOLUTIONS, INC., a Georgia
Corporation, and DOES 1-10,

        Defendants.

CIV. NO. 2:14-01437 WBS EFB

ORDER

----oo0oo----

On June 17, 2015, this action was stayed as to plaintiff's claim against First Advantage LNS Screening Solutions, Inc., pending the Supreme Court's decision in Spokeo, Inc. v. Robins. (Docket No. 59.) Plaintiff has notified the court that the Supreme Court issued its decision on May 16, 2016.

1

1    See Spokeo, Inc. v. Robins, No. 13-1339, 2016 WL 2842447 (May 16,

2    2016).  Accordingly, the stay of this action is LIFTED.

3         A Status (Pretrial Scheduling) Conference is set for

4    June 20, 2016 at 1:30 pm in Courtroom No. 5.  Before the

5    scheduling conference is held, the parties shall confer and

6    submit to the court a joint status report fourteen calendar days

7    prior to the hearing date proposing new dates by which all

8    discovery shall be concluded, motions shall be filed and heard,

9    and dates for a Final Pretrial Conference and Trial.

10        IT IS SO ORDERED.

11   Dated:  May 23, 2016

12

13   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2